# Court of Appeals
# of the State of Georgia

ATLANTA,___April 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0310.  In the Interest of K. F., a child.**

Anitra Freeman, the mother of K. F., appealed from the order of the Juvenile Court in a dependency proceeding pursuant to OCGA § 15-11-100 et seq.  The Court adjudicated K. F. as a dependent child, and awarded temporary custody of the dependent child to the Georgia Department of Human Services pending receipt of a relative search report.  Freeman contends there was insufficient evidence to support the finding of dependency and the award of custody.

K. F., who was born on April 10, 1998, was 17 years old when the Juvenile Court entered the order, and, on April 10, 2016, reached the age of 18 years during the pendency of this appeal.  Having attained legal majority at the age of 18, K. F. is no longer a child over which the Juvenile Court has jurisdiction in a dependency proceeding (OCGA §§ 15-11-2 (10); 15-11-10) or over which a parent has the right to custody. OCGA §§ 19-7-1 (a); 39-1-1 (a).  Accordingly, the issues raised in this appeal are moot, and the appeal is DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,_____04/14/2016_____
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.